UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MICHAEL SHULARK #129821** | **CASE NO.  1:22-CV-06095 SEC P** |
| **VERSUS** | **JUDGE JERRY EDWARDS, JR.** |
| **JERRY GOODWIN** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 25), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (ECF No. 19) is **DENIED**, and the Petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** in accordance with Local Rule 41.3.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 15th day of April 2024.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**